| MAXIMO URBINA | * | NO. 2025-CA-0261 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| SUNBELT RENTAL, INC., ET AL | * | FOURTH CIRCUIT |
|  | * | STATE OF LOUISIANA |
|  | * |  |
|  | * |  |

* * * * * * *

CONSOLIDATED WITH:

MAXIMINO URBINA

VERSUS

SUNBELT RENTALS, INC., SUNBELT
RENTALS SCAFFOLD SERVICES, LLC,
SUNBELT RENTALS INDUSTRIAL
SERVICES, LLC, THE TORO COMPANY
AND TRAVELERS INSURANCE
COMPANY

CONSOLIDATED WITH:

NO. 2025-C-0214

*TGC*

**CHASE, J., DISSENTS IN PART AND CONCURS IN PART**

I agree with the majority's decision to deny the Toro Company's writ application which sought supervisory review of the trial court's denial of summary judgment on the Louisiana Products Liability Act claims. I also agree with the majority's decision to reverse the trial court's granting of the Toro Company's motion for summary judgment regarding the claims against Toro for construction/composition defect and the alleged negligence of Sunbelt. However, I respectfully dissent from the majority's decision to reverse summary judgment on Mr. Urbina's failure to warn claims for the reasons assigned by Judge Ledet.